# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# CENTRAL DIVISION

|  |  |
|---|---|
| In re:<br><br>SARETH CHHOM,<br><br>Debtor. | )<br>)<br>) Chapter 7<br>)<br>) Case No. 21-40162<br>)<br>) |

**Creditor Department of Unemployment Assistance's Withdrawal of Claim**

The Department of Unemployment Assistance (DUA) hereby withdraws its previously filed claim (#10) in the above-captioned case.

                                                Respectfully submitted,

                                                Department of Unemployment Assistance
                                                By its attorney,

Date:  October 21, 2021               /s/ John P. Cronin
                                                John P. Cronin
                                                Assistant Chief Counsel
                                                BBO# 667545
                                                Charles F. Hurley Building
                                                19 Staniford Street, 1st Floor
                                                Boston, MA 02114
                                                (617) 626-5056
                                                john.cronin@detma.org

## CERTIFICATE OF SERVICE

I, John P. Cronin, Attorney for the Department of Unemployment Assistance, hereby certify that today I have served a copy of the forgoing Withdrawal of Claim via this Court's CM/ECF System, to all parties in the matter.

Date: October 21, 2021     /s/ John P. Cronin
John P. Cronin